UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE MCCASKILL,

   Plaintiff,

-VS-

NAVIENT SOLUTIONS, INC.,

   Defendant.

_____/

CASE NO.:

8:15-CN-1559-T-33 TBM

**JURY TRIAL DEMANDED**

## COMPLAINT

1.     Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* ("TCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

## INTRODUCTION

2.     The TCPA was enacted to prevent companies like NAVIENT SOLUTIONS, INC. from invading American citizen's privacy and prevent abusive "robo-calls."

3.     "The TCPA is designed to protect individual consumers from receiving intrusive and unwanted telephone calls." *Mims v. Arrow Fin. Servs., LLC*, -US--, 132 S.Ct., 740, 745, 181, L.Ed. 2d 881 (2012).

4.     "Senator Hollings, the TCPA's sponsor, described these calls as 'the *1256 scourge of modern civilization, they wake us up in the morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone out of the wall.'" 137 Cong. Rec. 30, 821 (1991). Senator Hollings presumably intended to give telephone subscribers another option: telling the autodialers to simply stop calling." *Osorio v. State Farm Bank, F.S.B.*, 746 F. 3d 1242 (11th Cir. 2014).

1

5.    According to the Federal Communications Commission (FCC), "Unwanted calls and texts are the number one complaint to the FCC. There are thousands of complaints to the FCC every month on both telemarketing and robocalls. The FCC received more than 215,000 TCPA complaints in 2014." https://www.fcc.gov/document/fact-sheet-consumer-protection-proposal

## JURISDICTION AND VENUE

6.    Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §1331.

7.    The alleged violations described in the Complaint occurred in Pinellas County, Florida.

## FACTUAL ALLEGATIONS

8.    Plaintiff is a natural person, and citizen of the State of Florida, residing in Pinellas County, Florida

9.    Plaintiff is a "consumer" as defined in Florida Statute 559.55(8).

10.    Plaintiff is an "alleged debtor."

11.    Plaintiff is the "called party." See *Breslow v. Wells Fargo Bank, N.A.*, 755 F. 3d 1265 (11th Cir. 2014) and *Osorio v. State Farm Bank, F.S.B.*, 746 F.3d 1242 (11th Cir. 2014).

12.    Defendant, Navient Solutions, Inc. (hereinafter "Navient"), is a corporation with its principal place of business at 2001 Edmund Halley Dr., Reston, VA 20191-3436 and conducting business in the state of Florida through its registered agent, Corporation Service Company, 1201 Hays St., Tallahassee, FL 32301.

13.    The debt that is the subject matter of this complaint is a "consumer debt" as defined by Florida Statute §559.55(6).

14.    Navient called the Plaintiff approximately one thousand five hundred (1,500) times since August, 2014 in an attempt to collect a debt.

2

15.     Navient attempted to collect a debt from the Plaintiff by this campaign of telephone calls.

16.     Navient intentionally harassed and abused Plaintiff on numerous occasions by calling several times during one day, and on back to back days, with such frequency as can reasonably be expected to harass.

17.     On information and belief, the telephone calls were placed using automated telephone dialing equipment, without human intervention

18.     Each call Navient made to the Plaintiff was made using an "automatic telephone dialing system" which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C §227(a)(1).

19.     Each call Navient made to the Plaintiff's cell phone was done so without the "express permission" of the Plaintiff.

20.     Beginning on or around August 2014, Plaintiff began receiving automated robocalls from Navient to her cell phone, (***) ***-6140, looking for a "Maretta Newsome."

21.     On or about August 26, 2014, Plaintiff received a call to her cell phone from Navient and spoke to an agent known as "Heather" who stated that she was looking for Maretta Newsome. Plaintiff stated that the number she called is not Maretta's number. Heather said that Navient needed to get a message to Maretta to which Plaintiff replied Navient had reached the wrong person and Plaintiff is not a messenger. Heather proceeded to ask if Plaintiff knew Maretta to which Plaintiff replied affirmatively and that Navient should be calling Maretta directly, not Plaintiff. Heather stated that Maretta does not answer calls from Navient. Plaintiff explained to Heather she has no loans or business with Navient and to not call her again.

22.     Shortly after said August 26, 2014 conversation, Navient began bombarding Plaintiff's cellular telephone with incessant calls looking for Maretta Newsome, despite Plaintiff plainly

informing Navient that Maretta could not be reached at Plaintiff's number and to cease calling her.

23.     Due to the tremendous volume of automated calls Plaintiff received from Navient she was not able to keep track of every call, however below is a sampling of the calls she received:

| DATE OF CALLS | NUMBER OF CALLS RECEIVED |
|---|---|
| 08-26-14 | 4 |
| 08-27-14 | 1 |
| 08-29-14 | 1 |
| 09-03-14 | 2 |
| 09-17-14 | 4 |
| 09-18-14 | 9 |
| 09-19-14 | 7 |
| 09-20-14 | 1 |
| 09-21-14 | 2 |
| 09-22-14 | 9 |
| 09-23-14 | 8 |
| 09-24-14 | 4 |
| 09-25-14 | 1 |
| 09-26-14 | 8 |
| 09-27-14 | 2 |
| 09-28-14 | 1 |
| 09-29-14 | 6 |
| 09-30-14 | 5 |
| 10-01-14 | 6 |
| 10-02-14 | 5 |
| 10-03-14 | 8 |
| 10-16-14 | 4 |
| 10-17-14 | 2 |
| 10-18-14 | 1 |

| 10-20-14 | 2 |
|---|---|
| 10-21-14 | 2 |
| 10-22-14 | 4 |
| 10-23-14 | 5 |
| 10-24-14 | 4 |
| 10-28-14 | 3 |
| 10-29-14 | 5 |
| 10-30-14 | 4 |
| 10-31-14 | 6 |
| 11-01-14 | 2 |
| 11-02-14 | 1 |
| 11-03-14 | 6 |
| 11-15-14 | 3 |
| 11-17-14 | 5 |
| 11-18-14 | 8 |
| 11-19-14 | 9 |
| 11-20-14 | 3 |
| 11-26-14 | 8 |
| 11-27-14 | 2 |
| 11-28-14 | 1 |
| 11-29-14 | 1 |
| 11-30-14 | 4 |
| 12-01-14 | 7 |
| 12-02-14 | 6 |
| 12-03-14 | 6 |
| 12-04-14 | 6 |
| 12-05-14 | 7 |
| 12-06-14 | 6 |
| 12-07-14 | 1 |
| 12-08-14 | 9 |

| | |
|---|---|
| 12-09-14 | 8 |
| 12-10-14 | 6 |
| 12-11-14 | 7 |
| 12-12-14 | 7 |
| 12-13-14 | 3 |
| 12-28-14 | 1 |
| 12-29-14 | 2 |
| 12-30-14 | 5 |
| 12-31-14 | 4 |
| 01-01-15 | 1 |
| 01-02-15 | 2 |
| 01-03-15 | 4 |
| 01-05-15 | 3 |
| 01-06-15 | 2 |
| 01-07-15 | 1 |
| 01-09-15 | 1 |
| 01-12-15 | 1 |
| 01-13-15 | 5 |
| 01-14-15 | 3 |
| 01-15-15 | 4 |
| 01-16-15 | 4 |
| 01-17-15 | 2 |
| 01-26-15 | 3 |
| 01-27-15 | 5 |
| 01-28-15 | 6 |
| 01-29-15 | 3 |
| 01-30-15 | 5 |
| 01-31-15 | 2 |
| 02-02-15 | 3 |
| 02-03-15 | 2 |

| | |
|---|---|
| 02-05-15 | 1 |
| 02-09-15 | 1 |
| 02-10-15 | 1 |
| 02-11-15 | 1 |
| 02-12-15 | 1 |
| 02-13-15 | 1 |
| 02-18-15 | 1 |
| 02-19-15 | 1 |
| 02-24-15 | 2 |
| 02-25-15 | 2 |
| 02-26-15 | 1 |
| 03-02-15 | 1 |
| 04-16-15 | 1 |
| 04-17-15 | 3 |

24.    Navient has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice to individuals just as they did to the Plaintiff's cellular telephone in this case.

25.    Navient has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice, just as they did to the Plaintiff's cellular telephone in this case, with no way for the consumer, or Navient, to remove the incorrect number.

26.    Navient's corporate policy is structured as to continue to call individuals like the Plaintiff, despite these individuals explaining to Navient that they are the wrong party.

27.    Navient has numerous other federal lawsuits pending against them alleging similar violations as stated in this complaint.

28.    Since April 2013, Navient has had 98 lawsuits filed against it in Federal Court (Attached hereto as Exhibit "1") and since September 1991, Navient (under its previous name of "Sallie

Mae") has had five hundred and forty one (541) lawsuits filed against it in Federal Court (Attached hereto as Exhibit "2").

29.   Navient has numerous complaints against it across the country asserting that their automatic telephone dialing system continues to call the wrong people.

30.   Navient has had numerous complaints from consumers against them across the country asking to not be called, however the Defendant continues to call.

31.   Since September 2013, Navient has had nineteen (19) complaints classified under "communications tactics" filed against it with the Consumer Financial Protection Bureau (Attached hereto as Exhibit "3").

32.   Within the last three (3) years the Better Business Bureau has received two thousand and fifteen (2015) complaints against Navient, of which one thousand three hundred and seven (1307) of those complaints are classified as being related to "Billing/Collection Issues" (Attached hereto as Exhibit "4").

33.   Navient's corporate policy provided no means for the Plaintiff to have her number removed from the call list.

34.   Navient has a corporate policy to harass and abuse individuals despite actual knowledge that the called parties do not owe the alleged debt.

35.   Plaintiff did not expressly consent to Navient's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Navient's placement of the calls.

36.   None of Navient's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A).

37.   Navient willfully and/or knowingly violated the TCPA with respect to the Plaintiff.

## COUNT I
### (Violation of the TCPA)

38.     Plaintiff incorporates Paragraphs one (1) through thirty-seven (37).

39.     Defendant willfully violated the TCPA with respect to the Plaintiff, especially for each of the auto-dialer calls made to Plaintiff's cellular telephone after Plaintiff notified Defendant that Defendant was calling the wrong number and to stop calling Plaintiff.

40.     Defendant knowingly violated the TCPA with respect to the Plaintiff, especially for each of the auto-dialer calls made to Plaintiff's cellular telephone after Plaintiff notified Defendant that Defendant was calling the wrong number and to stop calling Plaintiff.

41.     Navient repeatedly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

**WHEREFORE,** Plaintiff respectfully Navient SOLUTIONS, INC. for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT II
### (Violation of the FCCPA)

42.     Plaintiff incorporates one (1) through thirty-seven (37).

43.     At all times relevant to this action Navient is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

44.     Navient has violated Florida Statute §559.72(7) by willfully communicating with the debtor or any member of her or his family with such frequency as can reasonably be expected to harass the debtor or her or his family.

45.     Navient has violated Florida Statute §559.72(7) by willfully engaging in conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family.

46. Navient has violated Florida Statute §559.72(9) by claiming, attempting or threatening to enforce a debt when such person knows that the debt is not legitimate.

47. Navient's actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute §559.77.

WHEREFORE, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Navient for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

Respectfully submitted,

William Peerce Howard, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
bhoward@forthepeople.com
Florida Bar #: 0103330
Attorney for Plaintiff



**PACER**
Case Locator

Civil Party Search
Tue Jun 2 11:05:37 2015
98 records found

User:
Client:
Search:   Civil Party Search Name navient solutions All Courts Page: 1 party role: dft sort: cs_date_filed

| | Party Name | Court | Case | NOS | Date Filed ▼ | Date Closed |
|---|---|---|---|---|---|---|
| 1 | Navient Solutions, Inc. (dft) | cacdce | 2:2013-cv-02487 | 890 | 04/08/2013 | 12/03/2014 |
| | Tim Norton et al v. Sallie Mae Inc et al | | | | | |
| 2 | Navient Solutions, Inc. (dft) | cacdce | 2:2013-cv-03013 | 480 | 04/30/2013 | 05/21/2014 |
| | Guadalupe Davis et al v. Sallie Mae Inc et al | | | | | |
| 3 | Navient Solutions, Inc. (dft) | nyedce | 2:2013-cv-03661 | 480 | 06/28/2013 | 01/09/2015 |
| | Detrano v. Navient Solutions, Inc. | | | | | |
| 4 | Navient Solutions, Inc. (dft) | ohsdce | 2:2013-cv-00701 | 480 | 07/17/2013 | 06/25/2014 |
| | Satarkhet v. Navient Solutions, Inc. | | | | | |
| 5 | Navient Solutions, Inc. (dft) | casdce | 3:2013-cv-01845 | 890 | 08/08/2013 | |
| | Henderson v. United Student Aid Funds, Inc. | | | | | |
| 6 | Navient Solutions, Inc. (dft) | mowdce | 4:2013-cv-00826 | 480 | 08/22/2013 | 01/23/2015 |
| | Lewis v. Navient Solutions, Inc. | | | | | |
| 7 | NAVIENT SOLUTIONS INC (dft) | gamdce | 3:2013-cv-00117 | 480 | 10/25/2013 | 05/07/2014 |
| | SIMS v. NAVIENT SOLUTIONS INC | | | | | |
| 8 | Navient Solutions Inc (dft) | cacdce | 5:2013-cv-02142 | 480 | 11/21/2013 | |
| | Andra Jay v. Sallie Mae Inc et al | | | | | |
| 9 | Navient Solutions, Inc. (dft) | casdce | 3:2013-cv-02807 | 480 | 11/26/2013 | 11/19/2014 |
| | Bakeman v. Sallie Mae Servicing Corporation et al | | | | | |
| 10 | Navient Solutions, Inc. (dft) | okndce | 4:2014-cv-00017 | 440 | 01/13/2014 | 06/02/2014 |
| | Santana v. Sallie Mae, Inc. | | | | | |
| 11 | Navient Solutions, Inc. (dft) | gandce | 1:2014-cv-00558 | 480 | 02/25/2014 | 01/05/2015 |
| | Friday v. Sallie Mae | | | | | |
| 12 | Navient Solutions Inc. (dft) | ilndce | 1:2014-cv-01528 | 480 | 03/04/2014 | |
| | Stephens v. Navient Solutions Inc. | | | | | |
| 13 | Navient Solutions, Inc. (dft) | ilndce | 1:2014-cv-01641 | 890 | 03/10/2014 | 09/17/2014 |
| | Clausell v. Navient Solutions, Inc. | | | | | |
| 14 | Navient Solutions Inc (dft) | wiedce | 2:2014-cv-00305 | 480 | 03/20/2014 | 05/16/2014 |
| | Britt v. Navient Solutions Inc | | | | | |
| 15 | Navient Solutions, Inc. (dft) | flmdce | 2:2014-cv-00174 | 890 | 03/27/2014 | 11/10/2014 |
| | Morrow v. Navient Solutions, Inc. | | | | | |
| 16 | Navient Solutions, Inc. (dft) | casdce | 3:2014-cv-00760 | 360 | 04/02/2014 | 03/12/2015 |
| | Andrews et al v. Sallie Mae, Inc. et al | | | | | |
| 17 | Navient Solutions Inc (dft) | cacdce | 5:2014-cv-00689 | 480 | 04/08/2014 | 08/14/2014 |
| | Tobi Beesley v. Sallie Mae Inc et al | | | | | |
| 18 | Navient Solutions, Inc. (dft) | vaedce | 3:2014-cv-00256 | 152 | 04/09/2014 | 07/28/2014 |
| | Dunlap v. Texas Guaranteed et al | | | | | |
| 19 | Navient Solutions, Inc. (dft) | flmdce | 6:2014-cv-00741 | 890 | 05/12/2014 | 07/22/2014 |
| | Dykins v. Navient Solutions, Inc. | | | | | |
| 20 | Navient Solutions, Inc. (dft) | dedce | 1:2014-cv-00600 | 440 | 05/13/2014 | 09/29/2014 |
| | United States of America v. Sallie Mae Inc. et al | | | | | |
| 21 | Navient Solutions, Inc. (dft) | ohndce | 1:2014-cv-01053 | 480 | 05/15/2014 | 09/22/2014 |
| | Jones v. Navient Solutions, Inc. | | | | | |
| 22 | Navient Solutions, Inc. (dft) | flsdce | 1:2014-cv-21848 | 890 | 05/19/2014 | 08/14/2014 |
| | Pena v. SLM Corporation | | | | | |
| 23 | Navient Solutions, Inc. (dft) | pamdce | 3:2014-cv-01033 | 480 | 05/28/2014 | |
| | Kreidler v. Navient Solutions, Inc. | | | | | |
| 24 | NAVIENT SOLUTIONS, INC. (dft) | njdce | 3:2014-cv-03460 | 890 | 05/30/2014 | |
| | FORSTIK v. NAVIENT SOLUTIONS, INC. | | | | | |
| 25 | Navient Solutions, Inc. (dft) | nywdce | 1:2014-cv-00416 | 480 | 05/30/2014 | 03/30/2015 |
| | Atkins v. Navient Solutions, Inc. | | | | | |
| 26 | Navient Solutions, Inc. (dft) | ohsdce | 1:2014-cv-00461 | 890 | 06/02/2014 | 10/02/2014 |
| | Obermeyer et al v. SLM Corporation et al | | | | | |
| 27 | NAVIENT SOLUTIONS, INC. (dft) | pawdce | 3:2014-cv-00115 | 480 | 06/02/2014 | 05/14/2015 |
| | STEM v. NAVIENT SOLUTIONS, INC. | | | | | |
| 28 | Navient Solutions, Inc. (dft) | gandce | 1:2014-cv-01741 | 890 | 06/05/2014 | 01/02/2015 |
| | Bolds v. Navient Solutions, Inc. | | | | | |
| 29 | NAVIENT SOLUTIONS, INC. (dft) | pawdce | 2:2014-cv-00746 | 480 | 06/12/2014 | 08/05/2014 |
| | SWARTZBECK et al v. NAVIENT SOLUTIONS, INC. | | | | | |
| 30 | Navient Solutions, Inc. (dft) | cacdce | 2:2014-cv-05033 | 890 | 06/27/2014 | 06/27/2014 |
| | Donna Raskin et al v. Navient Solutions, Inc. et al | | | | | |
| 31 | Navient Solutions, Inc. (dft) | cacdce | 8:2014-cv-00993 | 890 | 06/27/2014 | 03/09/2015 |
| | Donna Raskin et al v. Navient Solutions, Inc. et al | | | | | |
| 32 | Navient Solutions, Inc. (dft) | nysdce | 1:2014-cv-04773 | 480 | 06/27/2014 | 10/30/2014 |
| | Razzak v. Sallie Mae Corporation | | | | | |
| 33 | NAVIENT SOLUTIONS, INC. (dft) | ohsdce | 2:2014-cv-00669 | 480 | 06/30/2014 | 02/10/2015 |
| | ASHFORD v. NAVIENT SOLUTIONS, INC. | | | | | |
| 34 | Navient Solutions, Inc. (dft) | txwdce | 5:2014-cv-00608 | 480 | 07/07/2014 | 12/17/2014 |
| | Hernandez v. Navient Solutions, Inc., f/k/a Sallie Mae, Inc. | | | | | |
| 35 | Navient Solutions Inc. (dft) | arwdce | 5:2014-cv-05215 | 890 | 07/08/2014 | 02/11/2015 |
| | Lawrence v. Navient Solutions Inc. | | | | | |
| 36 | Navient Solutions, Inc. (dft) | miedce | 2:2014-cv-12663 | 890 | 07/08/2014 | 04/08/2015 |
| | Karim v. Sallie Mae | | | | | |
| 37 | Navient Solutions, Inc. (dft) | ncedce | 5:2014-cv-00394 | 890 | 07/10/2014 | 11/26/2014 |
| | Stroh v. Navient Solutions, Inc. | | | | | |
| 38 | Navient Solutions, Inc. (dft) | nyndce | 8:2014-cv-00881 | 480 | 07/17/2014 | 01/05/2015 |
| | Rosen v. Navient Solutions, Inc. et al | | | | | |
| 39 | Navient Solutions Inc (dft) | txndce | 3:2014-cv-02650 | 320 | 07/23/2014 | |
| | Thelander v. Equifax Information Services LLC et al | | | | | |



EXHIBIT

| | Party Name | Court | Case | NOS | Date Filed ▼ | Date Closed |
|---|---|---|---|---|---|---|
| 40 | Navient Solutions, Inc. (dft)<br>Graham v. Navient Solutions, Inc. | flmdce | 3:2014-cv-00950 | 890 | 08/11/2014 | 10/08/2014 |
| 41 | Navient Solutions, Inc. (dft)<br>Rogers v. Navient Solutions, Inc. | txsdce | 6:2014-cv-00053 | 890 | 08/13/2014 | |
| 42 | Navient Solutions, Inc. (dft)<br>Richmond v. Navient Solutions, Inc. et al | tnwdce | 2:2014-cv-02664 | 890 | 08/27/2014 | 04/23/2015 |
| 43 | Navient Solutions, Inc. (dft)<br>Casamor v. Navient Solutions, Inc. | flsdce | 1:2014-cv-23222 | 890 | 09/01/2014 | 04/30/2015 |
| 44 | Navient Solutions, Inc. (dft)<br>Geiger v. Navient Solutions, Inc. f/k/a Sallie Mae, Inc. | ilndce | 1:2014-cv-07292 | 480 | 09/18/2014 | 03/10/2015 |
| 45 | Navient Solutions, Inc. (dft)<br>Passarelli et al v. Navient Solutions, Inc. | ctdce | 3:2014-cv-01423 | 890 | 09/26/2014 | 12/08/2014 |
| 46 | Navient Solutions, Inc. (dft)<br>Cade v. Navient Solutions, Inc. | flmdce | 8:2014-cv-02445 | 890 | 09/26/2014 | 04/01/2015 |
| 47 | Navient Solutions, Inc. (dft)<br>Stuart v. Sallie Mae, Inc. | mowdce | 4:2014-cv-00888 | 890 | 10/08/2014 | 04/17/2015 |
| 48 | Navient Solutions, Inc. (dft)<br>Madison v. Navient Solutions, Inc. | ohndce | 5:2014-cv-02278 | 480 | 10/13/2014 | 03/03/2015 |
| 49 | Navient Solutions, Inc. (dft)<br>Schriever et al v. Navient Solutions, Inc. | flmdce | 2:2014-cv-00596 | 890 | 10/16/2014 | 12/22/2014 |
| 50 | Navient Solutions Incorporated (dft)<br>Perry v. Navient Solutions Incorporated et al | azdce | 4:2014-cv-02420 | 890 | 10/20/2014 | 01/27/2015 |
| 51 | Navient Solutions, Inc. (dft)<br>Bellan v. Navient Solutions, Inc. | flmdce | 8:2014-cv-02667 | 890 | 10/22/2014 | 02/24/2015 |
| 52 | Navient Solutions Inc. (dft)<br>Kelley v. Sallie Mae, Inc. et al | wvndce | 5:2014-cv-00138 | 480 | 10/22/2014 | |
| 53 | Navient Solutions, Inc. (dft)<br>Zakholy v. Navient Solutions, Inc. et al | casdce | 3:2014-cv-02627 | 890 | 11/04/2014 | 03/12/2015 |
| 54 | Navient Solutions, Inc. (dft)<br>Hasan v. Navient Solutions, Inc. | madce | 1:2014-cv-14196 | 480 | 11/18/2014 | |

Receipt 06/02/2015 11:07:35

User ▮▮▮▮▮
Client ▮▮▮▮▮▮
Description Civil Party Search
Name navient solutions All Courts Page: 1 party role: dft sort: cs_date_filed

You have previously been billed for this page.
Pages 1 ($0.00)

 **PACER**
Case Locator

**Civil Party Search**
Tue Jun 2 11:10:16 2015
541 records found


User:
Client:
Search:   Civil Party Search Name sallie mae All Courts Page: 1 party role: dft sort: cs_date_filed

| # | Party Name | Court | Case | NOS | Date Filed ▼ | Date Closed |
|---|---|---|---|---|---|---|
| 1 | Sallie Mae (dft)<br>Scott v. CMSC Loan Service, et al | wawdce | 2:1991-cv-01299 | 190 | 09/17/1991 | 06/08/1992 |
| 2 | Sallie Mae (dft)<br>Bogart, et al v. Guaranteed Student, et al | aredce | 4:1991-cv-00839 | 190 | 12/19/1991 | 01/31/1992 |
| 3 | SALLIE MAE (dft)<br>EDLER v. MAE, et al | dcdce | 1:1992-cv-01619 | 320 | 07/10/1992 | 01/25/1993 |
| 4 | Sallie Mae Management Service Corporation (dft)<br>Bartels, et al v. Alabama Comm College, et al | gasdce | 2:1993-mc-00016 | 0 | 08/04/1993 | 08/17/1993 |
| 5 | Sallie Mae Management Service Corporation (dft)<br>Barteh, et al v. Alabama Comm College, et al | gasdce | 2:1993-cv-00112 | 190 | 08/17/1993 | 12/02/1999 |
| 6 | Sallie Mae (dft)<br>Crawford, et al v. RTC, et al | azdce | 2:1994-cv-01568 | 370 | 07/29/1994 | 02/24/1995 |
| 7 | Sallie Mae (dft)<br>Crawford, et al v. American Institute, et al | azdce | 2:1994-cv-02402 | 190 | 12/01/1994 | 07/01/1998 |
| 8 | Sallie Mae (dft)<br>In Re: BK JUDGMENTS, et al v. , et al | ksdce | 2:1995-mc-00238 | 423 | 01/03/1995 | 02/07/1995 |
| 9 | Sallie Mae Incorporation Loan servicing center (dft)<br>Shifteh v. Sallie Mae Incorp. | nysdce | 1:1995-cv-08255 | 890 | 09/27/1995 | 09/27/1995 |
| 10 | SALLIE MAE (dft)<br>LOBACK v. SALLIE MAE, et al | dcdce | 1:1995-cv-01983 | 442 | 10/20/1995 | 03/12/1996 |
| 11 | Sallie Mae (dft)<br>In Re: Bankruptcy Judgments, et al v. , et al | ksdce | 2:1996-mc-00201 | 423 | 01/08/1996 | 01/08/1996 |
| 12 | Sallie Mae Loan Servicing Center (dft)<br>In Re: Day, et al v. , et al | laedce | 2:1996-mc-00984 | 150 | 03/19/1996 | 03/19/1996 |
| 13 | Sallie Mae Loan Servicing Center (dft)<br>Rinehart v. Education, et al | lawdce | 6:1996-cv-02110 | 371 | 09/05/1996 | 07/17/1997 |
| 14 | SALLIE MAE (dft)<br>LAY v. STUDENT LOAN ASSOC., et al | dcdce | 1:1996-cv-02218 | 442 | 09/25/1996 | 02/20/1997 |
| 15 | Sallie Mae (dft)<br>Thompson v. Northstar Guarantee, et al | wawdce | 2:1997-cv-00041 | 890 | 01/10/1997 | 03/04/1998 |
| 16 | Sallie Mae Servicing Corp. (dft)<br>Lichtenstein v. Eduserv Technologies, et al | nyndce | 1:1997-cv-00765 | 190 | 05/29/1997 | 06/12/1998 |
| 17 | Sallie Mae, Inc. (CEO) (dft)<br>Wilder v. Riley, et al | mddce | 1:1997-cv-02230 | 440 | 07/11/1997 | 07/24/1997 |
| 18 | Sallie Mae Servicing Corporation (dft)<br>Talberth v. Sallie Mae Servicing | nmdce | 1:1997-cv-00995 | 890 | 07/25/1997 | 03/09/1998 |
| 19 | Sallie Mae (dft)<br>Rifino v. USA, et al | wawdce | 2:1997-cv-01873 | 422 | 11/28/1997 | 07/08/1998 |
| 20 | Sallie Mae (dft)<br>Rifino v. USA, et al | wawdce | 2:1997-cv-01893 | 422 | 11/28/1997 | 07/08/1998 |
| 21 | SALLIE MAE, INC (dft)<br>MARSHALL v. LORD, et al | dcdce | 1:1998-cv-00501 | 791 | 02/26/1998 | 06/25/1999 |
| 22 | Sallie Mae Inc. (dft)<br>Wendel v. Great Lakes Higher, et al | nyedce | 1:1998-cv-01780 | 440 | 03/10/1998 | 10/30/1998 |
| 23 | Sallie Mae Servicing Corp. (dft)<br>Wendel v. Great Lakes Higher, et al | nyedce | 1:1998-cv-01780 | 440 | 03/10/1998 | 10/30/1998 |
| 24 | Sallie Mae Marketing Assn. (dft)<br>Inst. de Educacion, et al v. Great Lakes Higher, et al | prdce | 3:1998-cv-01300 | 360 | 03/25/1998 | 09/28/2001 |
| 25 | Sallie Mae Servicing (dft)<br>Crawford v. Sallie Mae Servicing, et al | casdce | 3:1998-cv-00909 | 190 | 05/13/1998 | 07/09/1998 |
| 26 | Sallie Mae Corporation (dft)<br>Lozada v. NYS Higher Ed., et al | nyndce | 1:1998-cv-01587 | 190 | 10/09/1998 | 01/06/1999 |
| 27 | Sallie Mae Servicing Corporation (dft)<br>Bare v. PCC, et al | ordce | 3:1999-cv-00577 | 440 | 04/22/1999 | 10/06/1999 |
| 28 | Sallie Mae, Inc. (dft)<br>Schultz v. Sallie Mae Inc | ilndce | 1:1999-cv-03613 | 190 | 06/01/1999 | 07/11/2000 |
| 29 | Sallie Mae Servicing Corporation (dft)<br>Herman v. Sallie Mae Servicing, et al | laedce | 2:1999-cv-02523 | 890 | 08/18/1999 | 10/12/1999 |
| 30 | SALLIE MAE TRUST (dft)<br>PENNSYLVANIA HIGHER, et al v. PENNSYLVANIA HIGHER, et al | paedce | 2:1999-cv-06348 | 422 | 12/13/1999 | 12/07/2001 |
| 31 | Sallie Mae Servicing Corporation (dft)<br>Ellstrom, et al v. Sallie Mae, et al | nedce | 4:2000-cv-03029 | 150 | 02/10/2000 | 02/10/2000 |
| 32 | Sallie Mae Servicing Corporation (dft)<br>Cronin v. SLM Holding Corp, et al | pamdce | 3:2000-cv-01116 | 442 | 06/21/2000 | 06/13/2001 |
| 33 | Sallie Mae Servicing Corporation (dft)<br>Works v. Sallie Mae Servicing | txwdce | 6:2000-cv-00298 | 442 | 11/03/2000 | 09/17/2001 |
| 34 | SALLIE MAE SERVICING CORPORATION (dft)<br>PHOENIX v. SALLIE MAE SERVICING | njdce | 2:2001-cv-02408 | 890 | 05/21/2001 | 08/29/2001 |
| 35 | Sallie Mae Servicing Corporation (dft)<br>Bonino v. United States et al | ohndce | 1:2001-cv-02344 | 440 | 10/09/2001 | 11/30/2001 |
| 36 | Sallie Mae (dft)<br>Jones v. Texas Guarantee Loan, et al | txwdce | 1:2001-cv-00670 | 440 | 10/23/2001 | 12/03/2001 |
| 37 | Sallie Mae Servicing Corporation (dft)<br>Baker, et al v. Sallie Mae, Inc., et al | codce | 1:1999-bj-01297 | 997 | 03/04/2002 | 06/11/2004 |
| 38 | Sallie Mae, Inc. (dft)<br>Baker, et al v. Sallie Mae, Inc., et al | codce | 1:1999-bj-01297 | 997 | 03/04/2002 | 06/11/2004 |
| 39 | Sallie Mae (dft)<br>Cook, et al v. Experian Info, et al | ilndce | 1:2002-cv-03381 | 890 | 05/10/2002 | 01/29/2003 |



EXHIBIT 2
tabbies.

| | Party Name | Court | Case | NOS | Date Filed ▼ | Date Closed |
|---|---|---|---|---|---|---|
| 40 | Sallie Mae Servicing Corporation (dft)<br>Hargrett v. HHS, et al | ilndce | 1:2002-cv-02720 | 152 | 05/17/2002 | 11/26/2002 |
| 41 | Sallie Mae Svc Center (dft)<br>Vogt v. Sallie Mae Svc Center et al | ohndce | 3:2002-cv-07317 | 422 | 06/24/2002 | 02/04/2003 |
| 42 | Sallie Mae Inc (dft)<br>Christine M Ruby v. Sallie Mae Inc, et al | cacdce | 2:2002-cv-05120 | 890 | 06/26/2002 | 12/30/2002 |
| 43 | Sallie Mae Servicing Corporation, - (dft)<br>Christine M Ruby v. Sallie Mae Inc, et al | cacdce | 2:2002-cv-05120 | 890 | 06/26/2002 | 12/30/2002 |
| 44 | Sallie Mae Servicing Corporation (dft)<br>Seals v. Ntl. Student Loan, et al | wvndce | 5:2002-cv-00101 | 450 | 08/20/2002 | 08/16/2004 |
| 45 | SALLIE MAE INC (dft)<br>Schwaeble v. Sallie Mae, et al | gamdce | 3:2002-cv-00084 | 890 | 09/04/2002 | 04/21/2004 |
| 46 | Sallie Mae Servicing L.P. (dft)<br>College Loan Corp v. SLM Corporation, et al | vaedce | 1:2002-cv-01377 | 190 | 09/16/2002 | 05/26/2005 |
| 47 | Sallie Mae, Inc. (dft)<br>College Loan Corp v. SLM Corporation, et al | vaedce | 1:2002-cv-01377 | 190 | 09/16/2002 | 05/26/2005 |
| 48 | Sallie Mae Servicing Corporation (dft)<br>Brumberger v. Sallie Mae Servicing | laedce | 2:2002-cv-02909 | 890 | 09/20/2002 | 03/28/2003 |
| 49 | Sallie Mae, Inc. (dft)<br>Barnes, et al v. SLM Financial, et al | vaedce | 3:2002-cv-00695 | 371 | 09/23/2002 | 01/24/2003 |
| 50 | SALLIE MAE (dft)<br>SHELBY v. SALLIE MAE | insdce | 1:2002-cv-01502 | 442 | 10/01/2002 | 09/22/2003 |
| 51 | SALLIE MAE, INC. (dft)<br>TENG v. SALLIE MAE, INC. | insdce | 1:2002-cv-01724 | 442 | 11/06/2002 | 03/07/2003 |
| 52 | Sallie Mae LSCF (dft)<br>Morrisa Schechtman VS PHEAA | nvdce | 2:2002-cv-01466 | 422 | 11/07/2002 | 10/14/2003 |
| 53 | Sallie Mae LSCF (dft)<br>Morrisa Schechtman VS Pheaa, et al., | nvdce | 2:2002-cv-01534 | 422 | 11/20/2002 | 10/14/2003 |
| 54 | SALLIE MAE SERVICING, L.P. (dft)<br>JOHNSON et al v. DONNELLY et al | paedce | 2:2002-cv-08604 | 470 | 11/22/2002 | 03/31/2003 |

Receipt 06/02/2015 11:10:41 174810267

User ████████
Client ████████
Description Civil Party Search
Name sallie mae All Courts Page: 1 party role: dft sort: cs_date_filed
Pages 1 ($0.10)



| | -product | Issue | Sub-issue | State | ZIP code | Submitted vi | Date received | Date sent | Company |
|---|---|---|---|---|---|---|---|---|---|
| 2 | ederal student loan | Communication tactics | Frequent or repeated calls | PA | 15342 | Web | 04/28/2015 | 04/28/201! | Sallie Mae |
| 3 | al student loan | Communication tactics | Frequent or repeated calls | IN | 47715 | Fax | 04/16/2015 | 04/17/201! | Sallie Mae |
| 4 | ederal student loan | Communication tactics | Frequent or repeated calls | NJ | 08863 | Web | 04/07/2015 | 04/07/201! | Sallie Mae |
| 5 | ederal student loan | Communication tactics | Frequent or repeated calls | MN | 56304 | Web | 03/18/2015 | 03/20/201! | Sallie Mae |
| 6 | al student loan | Communication tactics | Called outside of 8am-9pm | FL | 32703 | Web | 02/08/2015 | 02/08/201! | Sallie Mae |
| 7 | ederal student loan | Communication tactics | Frequent or repeated calls | PA | 16801 | Web | 12/24/2014 | 12/24/201₄ | Sallie Mae |
| 8 | ederal student loan | Communication tactics | Called after sent written cease of comm | OH | 44883 | Web | 07/15/2014 | 07/15/201₄ | Sallie Mae |
| 9 | al student loan | Communication tactics | Frequent or repeated calls | IL | 62479 | Phone | 05/28/2014 | 06/03/201₄ | Sallie Mae |
| 10 | ederal student loan | Communication tactics | Frequent or repeated calls | MO | 63128 | Web | 05/27/2014 | 05/27/201₄ | Sallie Mae |
| 11 | ederal student loan | Communication tactics | Frequent or repeated calls | NY | 14030 | Referral | 05/05/2014 | 05/07/201₄ | Sallie Mae |
| 12 | ederal student loan | Communication tactics | Called after sent written cease of comm | NY | 10901 | Web | 04/29/2014 | 04/29/201₄ | Sallie Mae |
| 13 | ederal student loan | Communication tactics | Frequent or repeated calls | FL | 33155 | Web | 02/07/2014 | 02/07/201₄ | Sallie Mae |
| 14 | al student loan | Communication tactics | Frequent or repeated calls | PA | 19148 | Web | 01/22/2014 | 01/22/201₄ | Sallie Mae |
| 15 | ederal student loan | Communication tactics | Frequent or repeated calls | MD | 20757 | Web | 12/27/2013 | 12/27/201: | Sallie Mae |
| 16 | ederal student loan | Communication tactics | Used obscene/profane/abusive language | MD | 21801 | Web | 12/06/2013 | 12/06/201: | Sallie Mae |
| 17 | al student loan | Communication tactics | Frequent or repeated calls | OH | 45322 | Web | 11/15/2013 | 11/27/201: | Sallie Mae |
| 18 | ederal student loan | Communication tactics | Frequent or repeated calls | GA | 30324 | Web | 10/23/2013 | 10/23/201: | Sallie Mae |
| 19 | ederal student loan | Communication tactics | Used obscene/profane/abusive language | IN | 46237 | Web | 09/23/2013 | 09/23/201: | Sallie Mae |

EXHIBIT 3

**Delaware Serving New Castle, Kent and Sussex Counties**

**Change Location**

# BBB Business Review

CONSUMER COMPLAINTS

**THIS BUSINESS IS NOT BBB ACCREDITED.**

## Navient

(800) 722-1300

Customer Complaints Summary

2015 complaints closed with BBB in last 3 years | 682 closed in last 12 months

| Complaint Type | Total Closed Complaints |
|---|---|
| Advertising/Sales Issues | 37 |
| Billing/Collection Issues | 1307 |
| Delivery Issues | 8 |
| Guarantee/Warranty Issues | 5 |
| Problems with Product/Service | 658 |
| Total Closed Complaints | 2015 |

Definitions | BBB Complaint Process | File a Complaint against Navient

Complaint Breakdown by Resolution

About Complaint Details

## Complaint Resolution Log (2015)

The complainant verified the issue was resolved to their satisfaction. (301 complaints)

| 5/20/2015 | Billing/Collection Issues | Read Complaint Details |
| 5/19/2015 | Billing/Collection Issues | Read Complaint Details |
| 5/13/2015 | Billing/Collection Issues | Read Complaint Details |
| 5/13/2015 | Problems with Product/Service | Read Complaint Details |
| 5/13/2015 | Billing/Collection Issues | Read Complaint Details |
| 5/12/2015 | Billing/Collection Issues | Read Complaint Details |
| 5/6/2015 | Problems with Product/Service | Read Complaint Details |
| 5/6/2015 | Problems with Product/Service | Read Complaint Details |
| 5/5/2015 | Problems with Product/Service | Read Complaint Details |
| 4/28/2015 | Billing/Collection Issues | Read Complaint Details |

**1 2 3 4 5 6 7 8 9 10 ... 31**

BBB has not heard back from the consumer as to their satisfaction with the business's response, or the business addressed the issues within the complaint, but the consumer remains dissatisfied. (1714 complaints)

View Complaints Summary by Resolution Pie Chart on Navient

## Industry Comparison | Chart

LOANS , CONSUMER FINANCE & LOAN COMPANIES

## QUICK LINKS

What is a BBB Business Review?

BBB Reporting Policy

About Enhanced Services

File a Complaint against Navient

Accredited Business Directory

## CUSTOMER REVIEWS

Read Customer Reviews

Submit a Customer Review

See trends in Customer Reviews for Navient

Case 8:15-cv-01559-NJC-TBM Document 1 Filed 07/02/15 Page 181 of 18 PageID 181 of 3

BBB Directory

Give.org                                    Terms of Use

Council of Better Business Bureaus          Trademarks

Contact                                     Privacy Policy

BBB Business Partner Code                   Fight Phishing

© 2015 BBB Serving Delaware