**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

WILLIE MCCASKILL,

    Plaintiffs,

v.                                                      Case No.: 8:15-cv-01559-VCM-TBM

NAVIENT SOLUTIONS, INC.,

    Defendants.

_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT NAVIENT SOLUTIONS, INC.

Movants, Scott P. Yount and Garrison, Yount, Forte & Mulcahy, LLC, move this court for the entry of an order permitting their withdrawal as counsel of record for Defendant Navient Solutions, Inc., in this cause.

Pursuant to Local Rule 2.03, undersigned counsel certifies that Navient Solutions, Inc. consents to the withdrawal of counsel and the granting of this motion, and Navient Solutions, Inc. has already secured substitute counsel who has filed a Notice of Appearance.

Pursuant to Local Rule 3.01, movant certifies that he has sent this motion to counsel for Plaintiff to determine whether Plaintiff consents to or opposes the motion but that no response was received from counsel for Plaintiff.  Movant will comply with his obligations under LR 3.01(g) to continue to attempt to contact opposing counsel and will supplement the motion with a certification as to whether counsel for Plaintiff agrees to the granting of the motion.

Respectfully submitted:

 */s/ Scott P. Yount*                                   .
Scott P. Yount, FBN 0021352
Garrison, Yount, Forte & Mulcahy, L.L.C.
601 Bayshore Blvd., Suite 800
Tampa, Florida 33606-2760
Phone: 813-275-0404
Fax: 813-275-0304
E-mail: eservice@garrisonyount.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 3, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: William Peerce Howard, Esq., counsel for Plaintiff, and Rutledge Richardson Liles, Esq., counsel for Navient Solutions, Inc. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants: N/A.

Respectfully submitted:

 */s/ Scott P. Yount*                              
Scott P. Yount, FBN 0021352
Garrison, Yount, Forte & Mulcahy, L.L.C.
601 Bayshore Blvd., Suite 800
Tampa, Florida 33606-2760
Phone: 813-275-0404
Fax: 813-275-0304
E-mail: eservice@garrisonyount.com