IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE MCCASKILL,

        Plaintiff,

v.                                No. 8:15-CV-1559-T-33-TBM

NAVIENT SOLUTIONS, INC., STUDENT
ASSISTANCE CORPORATION, and
NAVIENT CORPORATION,

        Defendants.

## DEFENDANT NAVIENT CORPORATION'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, Navient Corporation ("Navient Corp."), by and through undersigned counsel, hereby files its Answer and Affirmative Defenses to the Amended Complaint of Plaintiff Willie McCaskill ("Plaintiff"), and states as follows:

1.      Answering Paragraph 1 of the Amended Complaint, Navient Corp. states that Plaintiff purports to bring this action pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55, et seq. (the "FCCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (the "FDCPA"), but denies any and all violations, liability and/or damages.  Except as expressly stated, Navient Corp. denies each and every other allegation set forth therein.

## INTRODUCTION

2.      Answering Paragraph 2 of the Amended Complaint, Navient Corp. states that this paragraph contains legal conclusions to which no response is required; to the extent a response is required, Navient Corp. states that the TCPA speaks for itself and denies any allegations that are inconsistent therewith.

3.      Answering Paragraph 3 of the Amended Complaint, Navient Corp. states that this paragraph contains legal conclusions to which no response is required; to the extent a response is required, Navient Corp. states that Mims v. Arrow Fin. Servs., LLC, 132 S. Ct. 740 (2012), speaks for itself and denies any allegations that are inconsistent therewith.

4.      Answering Paragraph 4 of the Amended Complaint, Navient Corp. states that this paragraph contains legal conclusions to which no response is required; to the extent a response is required, Navient Corp. states that statements of the Federal Communications Commission speak for themselves and denies any allegations that are inconsistent therewith.

5.      Answering Paragraph 5 of the Amended Complaint, Navient Corp. states that this paragraph contains legal conclusions to which no response is required; to the extent a response is required, Navient Corp. states that Osorio v. State Farm Bank, F.S.B., 746 F.3d 1242 (11th Cir. 2014), speaks for itself and denies any allegations that are inconsistent therewith.

## JURISDICTION AND VENUE

6.      Answering Paragraph 6 of the Amended Complaint, Navient Corp. states that this Court has federal question jurisdiction.  Further, Navient Corp. states that it does not contest venue for this action only.  Except as expressly stated, Navient Corp. denies each and every other allegation set forth therein.

7.      Answering Paragraph 7 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

## FACTUAL ALLEGATIONS

8.      Answering Paragraph 8 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

9.      Answering Paragraph 9 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

10.      Answering Paragraph 10 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

11.      Answering Paragraph 11 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

12.      Answering Paragraph 12 of the Amended Complaint, Navient Corp. states that defendant Navient Solutions, Inc. ("NSI") is a subsidiary of Navient Corp.  NSI will provide its own response to these allegations.

13.     Answering Paragraph 13 of the Amended Complaint, Navient Corp. states that defendant Student Assistance Corporation ("SAC") is a subsidiary of Navient Corp.  SAC will provide its own response to these allegations.

14.     Answering Paragraph 14 of the Amended Complaint, Navient Corp. admits the allegations set forth therein.

15.     Answering Paragraph 15 of the Amended Complaint, Navient Corp. denies the allegations contained therein.

16.     Answering Paragraph 16 of the Amended Complaint, Navient Corp. denies the allegations contained therein.

17.     Answering Paragraph 17 of the Amended Complaint, Navient Corp. denies the allegations contained therein.

18.     Answering Paragraph 18 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

19.     Answering Paragraph 19 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

20.     Answering Paragraph 20 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any

4

contractual relationships with Plaintiff. Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

21.     Answering Paragraph 21 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff. Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

22.     Answering Paragraph 22 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff. Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

23.     Answering Paragraph 23 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff. Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

24.     Answering Paragraph 24 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff. Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

25.     Answering Paragraph 25 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

26.     Answering Paragraph 26 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

27.     Answering Paragraph 27 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

28.     Answering Paragraph 28 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

29.     Answering Paragraph 29 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without

sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

30.    Answering Paragraph 30 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

31.    Answering Paragraph 31 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

32.    Answering Paragraph 32 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

33.    Answering Paragraph 33 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

34.     Answering Paragraph 34 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

35.     Answering Paragraph 35 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

36.     Answering Paragraph 36 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

37.     Answering Paragraph 37 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

38.     Answering Paragraph 38 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without

sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

39.     Answering Paragraph 39 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.   Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

40.     Answering Paragraph 40 of the Amended Complaint, Navient Corp. states that Exhibit 1 of the Amended Complaint speaks for itself and denies any allegations that are inconsistent therewith.   Except as expressly stated, Navient Corp. denies each and every other allegation set forth therein.

41.     Answering Paragraph 41 of the Amended Complaint, Navient Corp. states that Exhibits 2 and 3 of the Amended Complaint speak for themselves and denies any allegations that are inconsistent therewith.   Except as expressly stated, Navient Corp. denies each and every other allegation set forth therein.

42.     Answering Paragraph 42 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.   Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

43.     Answering Paragraph 43 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.   Except as expressly stated, Navient Corp. is without

sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

44.     Answering Paragraph 44 of the Amended Complaint, Navient Corp. states that Exhibit 4 of the Amended Complaint speaks for itself and denies any allegations that are inconsistent therewith.  Except as expressly stated, Navient Corp. denies each and every other allegation set forth therein.

45.     Answering Paragraph 45 of the Amended Complaint, Navient Corp. states that Exhibit 5 of the Amended Complaint speaks for itself and denies any allegations that are inconsistent therewith.  Except as expressly stated, Navient Corp. denies each and every other allegation set forth therein.

46.     Answering Paragraph 46 of the Amended Complaint, Navient Corp. states that Exhibit 6 of the Amended Complaint speaks for itself and denies any allegations that are inconsistent therewith.  Except as expressly stated, Navient Corp. denies each and every other allegation set forth therein.

47.     Answering Paragraph 47 of the Amended Complaint, Navient Corp. states that Exhibit 6 of the Amended Complaint speaks for itself and denies any allegations that are inconsistent therewith.  Except as expressly stated, Navient Corp. denies each and every other allegation set forth therein.

48.     Answering Paragraph 48 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

49.     Answering Paragraph 49 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

50.     Answering Paragraph 50 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

51.     Answering Paragraph 51 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

52.     Answering Paragraph 52 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

53.     Answering Paragraph 53 of the Amended Complaint, Navient Corp. states that it is a holding company, which does not engage in student lending activities and does not have any contractual relationships with Plaintiff.  Except as expressly stated, Navient Corp. is without

sufficient knowledge or information to form a belief as to the truth of the allegations set forth

therein and, on that basis, denies each and every allegation set forth therein.

54.     Answering Paragraph 54 of the Amended Complaint, Navient Corp. denies the

allegations set forth therein.

## COUNT I
## NAVIENT SOLUTIONS, INC.
### (Violation of the TCPA)

55.     Answering Paragraph 55 of the Amended Complaint, Navient Corp. incorporates

its responses to Paragraphs 1 through 54 as if fully set forth herein.

56.     Answering Paragraph 56 of the Amended Complaint, Navient Corp. states that it

is a separate and distinct entity from NSI and, therefore, is without sufficient knowledge or

information to form a belief as to the truth of the allegations set forth therein and, on that basis,

denies each and every allegation set forth therein.

57.     Answering Paragraph 57 of the Amended Complaint, Navient Corp. states that it

is a separate and distinct entity from NSI and, therefore, is without sufficient knowledge or

information to form a belief as to the truth of the allegations set forth therein and, on that basis,

denies each and every allegation set forth therein.

58.     Answering Paragraph 57 of the Amended Complaint, Navient Corp. states that it

is a separate and distinct entity from NSI and, therefore, is without sufficient knowledge or

information to form a belief as to the truth of the allegations set forth therein and, on that basis,

denies each and every allegation set forth therein.

## COUNT II
## NAVIENT SOLUTIONS, INC.
### (Violation of the FCCPA)

59.     Answering Paragraph 59 of the Amended Complaint, Navient Corp. incorporates

its responses to Paragraphs 1 through 54 as if fully set forth herein.

60.     Answering Paragraph 60 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from NSI and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

61.     Answering Paragraph 61 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from NSI and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

62.     Answering Paragraph 62 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from NSI and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

63.     Answering Paragraph 63 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from NSI and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

64.     Answering Paragraph 64 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from NSI and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

## COUNT III
## STUDENT ASSISTANCE CORPORATION
### (Violation of the TCPA)

65.     Answering Paragraph 65 of the Amended Complaint, Navient Corp. incorporates its responses to Paragraphs 1 through 54 as if fully set forth herein.

66.     Answering Paragraph 66 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from SAC and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

67.     Answering Paragraph 67 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from SAC and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

68.     Answering Paragraph 68 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from SAC and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

**COUNT IV**
**STUDENT ASSISTANCE CORPORATION**
**(Violation of the FCCPA)**

69.     Answering Paragraph 69 of the Amended Complaint, Navient Corp. incorporates its responses to Paragraphs 1 through 54 as if fully set forth herein.

70.     Answering Paragraph 70 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from SAC and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

71.     Answering Paragraph 71 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from SAC and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

72.     Answering Paragraph 72 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from SAC and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

73.     Answering Paragraph 73 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from SAC and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

74.     Answering Paragraph 74 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from SAC and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

**COUNT V**
**STUDENT ASSISTANCE CORPORATION**
**(Violation of the FDCPA)**

75.     Answering Paragraph 70 of the Amended Complaint, Navient Corp. incorporates its responses to Paragraphs 1 through 54 as if fully set forth herein.

76.     Answering Paragraph 76 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from SAC and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

77.     Answering Paragraph 77 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from SAC and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

78.     Answering Paragraph 78 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from SAC and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

79.     Answering Paragraph 79 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from SAC and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

80.     Answering Paragraph 80 of the Amended Complaint, Navient Corp. states that it is a separate and distinct entity from SAC and, therefore, is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth therein and, on that basis, denies each and every allegation set forth therein.

## COUNT VI
## NAVIENT CORPORATION
### (Violation of the TCPA)

81.     Answering Paragraph 81 of the Amended Complaint, Navient Corp. incorporates its responses to Paragraphs 1 through 54 as if fully set forth herein.

82.     Answering Paragraph 82 of the Amended Complaint, Navient Corp. denies the allegations set forth therein.

83.     Answering Paragraph 83 of the Amended Complaint, Navient Corp. denies the allegations set forth therein.

84.     Answering Paragraph 84 of the Amended Complaint, Navient Corp. denies the allegations set forth therein.

## COUNT VII
## NAVIENT CORPORATION
### (Violation of the FCCPA)

85.     Answering Paragraph 85 of the Amended Complaint, Navient Corp. incorporates its responses to Paragraphs 1 through 54 as if fully set forth herein.

86.     Answering Paragraph 86 of the Amended Complaint, Navient Corp. states that Florida law speaks for itself and denies any allegations that are inconsistent therewith.  Except as expressly stated, Navient Corp. denies each and every other allegation set forth therein.

87.     Answering Paragraph 87 of the Amended Complaint, Navient Corp. denies the allegations set forth therein.

88.     Answering Paragraph 88 of the Amended Complaint, Navient Corp. denies the allegations set forth therein.

89.     Answering Paragraph 89 of the Amended Complaint, Navient Corp. denies the allegations set forth therein.

90.     Answering Paragraph 90 of the Amended Complaint, Navient Corp. denies the allegations set forth therein.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof where it otherwise lies with Plaintiff, Navient Corp. asserts the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The Amended Complaint fails to set forth facts sufficient to state a claim against Navient Corp.

## SECOND AFFIRMATIVE DEFENSE
### (Lack of Standing)

Plaintiff has no relationship of any kind with Navient Corp. and Navient Corp. did not engage in any of the telephone calls alleged in the Complaint.  Therefore, Plaintiff lacks standing to sue Navient Corp.

## THIRD AFFIRMATIVE DEFENSE
### (Due Process)

The imposition of liability and/or statutory damages under the TCPA as sought in the Amended Complaint would violate provisions of the United States Constitution, including the Due Process Clause.

## FOURTH AFFIRMATIVE DEFENSE
### (Reservation of Rights)

Navient Corp. expressly reserves the right to assert such other and further affirmative defenses as may be appropriate.


WHEREFORE, Navient Corp. requests the following relief:

1.      That Plaintiff take nothing by virtue of the Amended Complaint;

2.      For judgment to be entered against Plaintiff and in favor of Navient Corp.;

3.      That Navient Corp. be awarded its attorneys' fees and costs incurred in this action, and any other amounts recoverable under law; and

4.      That this Court grant Navient Corp. such other relief that this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Navient Corp. demands a trial by jury on all counts.

Dated: November 19, 2015

Respectfully submitted,

By:     /s/ Lisa M. Simonetti

Lisa M. Simonetti
(admitted *pro hac vice*)
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: (424) 204-7700
F: (424) 204-7702
lsimonetti@vedderprice.com


Attorney for Defendant
NAVIENT CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 19, 2015, a copy of the foregoing **DEFENDANT NAVIENT CORPORATION'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** was served by electronic mail on the party listed below:

> William Peerce Howard, Esq.
> Morgan & Morgan, Tampa P.A.
> 201 N. Franklin Street, 7th Floor
> Tampa, FL  33602
> Tel: (813) 223-5505
> Fax: (813) 223-5402
> tgomez@forthepeople.com

/s/  Lisa M. Simonetti
Lisa M. Simonetti

LOS_ANGELES/#10620.1