# COMPOSITE EXHIBIT 2

CNA 120215 corrected 122

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:15-cv-1559-T-33-TBM

WILLIE MCCASKILL,

    Plaintiff,

vs.

NAVIENT SOLUTIONS, INC.,
STUDENT ASSISTANCE CORPORATION,
and NAVIENT CORPORATION,

    Defendants.
_____/

CERTIFICATE OF NON-APPEARANCE

    I, Linda Barros, Court Reporter, do hereby certify that I was present at 201 East Kennedy Boulevard, Suite 950, Tampa, Florida 33602, on December 2nd, 2015, for the purpose of reporting the deposition of Navient Solutions, Inc., scheduled to begin at 9:00 a.m., and said deponent failed to appear.

    IN WITNESS WHEREOF, I have hereunto affixed my signature this 2nd day of December, 2015.



Linda Barros, Court Reporter
Notary Public, State of Florida
My Commission No. DD903934
Expires: August 5, 2017

LINDA BARROS
MY COMMISSION # FF 036627
EXPIRES: August 5, 2017
Bonded Thru Budget Notary Services

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:15-CV-1559-T-33-TBM

WILLIE M CASHILL,

    Plaintiff,

vs.

NAVIENT SOLUTIONS, INC.,
STUDENT ASSISTANCE CORPORATION,
and NAVIENT CORPORATION,

    Defendants.

_____/

CERTIFICATE OF NON-APPEARANCE

    I, Linda Barros, Court Reporter, do hereby certify that I was present at 201 East Kennedy Boulevard, Suite 850, Tampa, Florida 33602, on December 3rd, 2015, for the purpose of reporting the deposition of Student Assistance Corporation, scheduled to begin at 9:00 a.m., and said deponent failed to appear.

    IN WITNESS WHEREOF, I have hereunto affixed my signature this 3rd day of December, 2015.



Linda Barros, Court Reporter
Notary Public, State of Florida
My Commission No. DD963334
Expires: August 5, 2017

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:15-cv-1559-T-33-TBM

MILLIE MCCASKILL,

    Plaintiff,

vs.

NAVIENT SOLUTIONS, INC.,
STUDENT ASSISTANCE CORPORATION,
and NAVIENT CORPORATION,

    Defendants.
_____/

CERTIFICATE OF NON-APPEARANCE

    I, Linda Barros, Court Reporter, do hereby certify that I was present at 201 East Kennedy Boulevard, Suite 600, Tampa, Florida 33602, on December 1st, 2015, for the purpose of reporting the deposition of Navient Corporation, scheduled to begin at 9:00 a.m., and said deponent failed to appear.

    IN WITNESS WHEREOF, I have hereunto affixed my signature this 1st day of December, 2015.

Linda Barros, Court Reporter
Notary Public, State of Florida
My Commission No. FF035827
Expires: August 5, 2017

LINDA BARROS
MY COMMISSION # FF 035827
EXPIRES: August 5, 2017
Bonded Thru Budget Notary Services