UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE MCCASKILL,

    Plaintiff,                                      CASE NO.: 8:15-CV-1559-T-33-TBM

-vs-

NAVIENT SOLUTIONS, INC., STUDENT
ASSISTANCE CORPORATION, and
NAVIENT CORPORATION,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Willie McCaskill, and the Defendants, Navient Solutions, Inc., Student Assistance Corporation, and Navient Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, Navient Corporation, in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 10th day of February, 2016.

| /s/Frank H. Kerney, III, Esq. | /s/Dayle Marie Van Hoose, Esquire |
|---|---|
| Frank H. Kerney, III, Esquire | Dayle Marie Van Hoose, Esquire |
| Florida Bar#: 88672 | Florida Bar #: 16277 |
| Morgan & Morgan, Tampa, P.A. | Sessions, Fishman, Nathan & Israel, LLC |
| One Tampa City Center | 3350 Buschwood Park Dr., Suite 195 |
| 201 N. Franklin St., Suite 700 | Tampa, FL 33618 |
| Tampa, FL 33602 | Tel.: (813) 890-2463 |
| Tele: (813) 223-5505 | Fax: (866) 466-3140 |
| Fax: (813) 223-5402 | Email: dvanhoose@sessions.legal |
| Email: fkerney@forthepeople.com | Attorney for the Defendants |
| Attorney for Plaintiff | |