EXHIBIT INDEX

|   | TITLE |
|---|---|
| A | Deposition Transcript- Willie McCaskill |
| B | Deposition Transcript – Kevin Campbell * |
| C | Deposition Transcript – Cheryl A. Dillon * |
| D | Deposition Transcript- Maretta Newsome |
| E | Deposition Transcript – Christine Hampton * |
| F | "SAC Account Notes" SAC0000431-0000450 * |
| G | Deposition Transcript – Patty Peterson * |
| H | Case Management Hearing Transcript |

* Pursuant to this Court's Order [Doc. 90] deferring ruling as to filing confidential documents, documents will be produced as instructed by this Court on February 17, 2016.