UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE MCCASKILL,

      Plaintiff,

v.                         Case No.   8:15-CV-1559-T-33-TBM

NAVIENT SOLUTIONS, INC.,
and STUDENT ASSISTANCE
CORPORATION,

      Defendants.

**ORDER**

This matter is before the Court pursuant to the Parties' Agreed Joint Motion to File Under Seal (Doc. # 89). Upon due consideration, the Court denies the Motion to Seal.

**Discussion**

On February 12, 2016, the Parties filed their Agreed Joint Motion to File Under Seal (Doc. # 89). The Parties request leave to file the following documents under seal: (1) Deposition of Kevin Campbell, (2) Deposition of Cheryl Dillon, (3) Exhibit 1 to the Deposition of Willie McCaskill, (4) Exhibits 1 and 2 to the Deposition of Maretta Newsome, and (5) Exhibit 2 to the Deposition of Lanicka Robinson. (Id. at ¶ 3). The Parties submit that these documents should be filed under seal because the Parties "previously filed and have in place a Stipulation and Protective Order Governing the Production and Exchange of Confidential Information." (Id. at ¶ 1).

Federal Rule of Civil Procedure 5.2(d) allows a court to order a filing be made under seal without redaction. Furthermore, Middle District of Florida Local Rule 1.09(a) states:

> a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

In addition, "[e]very order sealing any item pursuant to this section shall state the particular reason the seal is required." Local Rule 1.09(a), M.D. Fla.

The Court acknowledges that the Parties have enumerated the items to be sealed, but the Parties have not shown why any of the documents should be sealed or provided the other relevant information required by Local Rule 1.09. The Parties' conclusory assertion that the documents are subject to a stipulation and protective order is insufficient to justify shielding these proceedings from the public.

2

The Parties have failed to comply with Local Rule 1.09.
The Motion is accordingly denied without prejudice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The Parties' Agreed Joint Motion to File Under Seal

(Doc. # 89) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this

19th day of February, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3