IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| WILLIE MCCASKILL, <br><br> Plaintiff, <br><br> v. <br><br> NAVIENT SOLUTIONS, INC., STUDENT ASSISTANCE CORPORATION, and NAVIENT CORPORATION, <br><br> Defendants. | No. 8:15-CV-1559-T-33-TBM |

**NOTICE OF FILING EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that defendants Navient Solutions, Inc. and Student Assistance Corporation hereby submit a complete set of the exhibits in support of their Motion for Partial Summary Judgment and Summary Judgment.

|  |  |
|---|---|
| Dated:  February 26, 2016 | Respectfully submitted, |
|  | By:     /s/ Lisa M. Simonetti |

Lisa M. Simonetti
(admitted *pro hac vice*)
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: (424) 204-7700
F: (424) 204-7702
lsimonetti@vedderprice.com

Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN &
ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2463
Facsimile: (866) 466-3140
dvanhoose@sessions-law.biz

Attorney for Defendants
NAVIENT SOLUTIONS, INC., STUDENT
ASSISTANCE CORPORATION, and
NAVIENT CORPORATION

LOS_ANGELES/#13672.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 26, 2016, a true and correct copy of the foregoing **NOTICE OF FILING EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUMMARY JUDGMENT** was filed with the Clerk of the Court by using the CM/ECF system which will send notifications of such filing to the following:

> Frank H. Kerney, III, Esq.
> William Peerce Howard, Esq.
> Morgan & Morgan, Tampa P.A.
> One Tampa City Center
> 201 N. Franklin Street, 7th Floor
> Tampa, FL  33602
> Tel: (813) 223-5505
> Fax: (813) 223-5402
> BHoward@ForThePeople.com

                                                    /s/  Lisa M. Simonetti
                                                        Lisa M. Simonetti