

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OC CLORIDA
TAMPA DIVISION

**WILLIE McCASKILL,**

**Plaintiff,**
v.

**NAVIENT SOLUTIONS, INC., STUDENT ASSISTANCE CORPORATION, and NAVIENT CORPORATION,**

**Defendants.**
_____/

CASE NO. 8:14-CV-1559-T-33-TBM

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| PL. 1 | 4/7/2016 | | | | AT&T Call Records |
| PL. 2 | 4/7/2016 | | | | Navient Call Records (Dillon Depo Ex. 3,4,6) |
| PL. 3 | 4/7/2016 | | | | SAC Call Records |
| PL. 4 | 4/7/2016 | | | | Call Log Comparison |
| PL. 5 | 4/7/2016 | | | | Navient Borrower Correspondence History |
| PL. 6 | 4/7/2016 | | | | Navient: First Party Collection Practices Policy (NSI0000190-NSI0000251) |
| PL. 7 | 4/7/2016 | | | | SAC Account Notes (SAC0000431-0000450) |
| PL. 8 | 4/7/2016 | | | | Composite Exhibits of Prior Complaints to State and Governmental entities |
| PL. 8a | 4/7/2016 | | | | RE:Congressional Inquiry re: Navient |

Exhibit A

|  |  |  |  |  | NSI0003341-NSI0003345 |
|---|---|---|---|---|---|
| PL. 8b | 4/7/2016 |  |  |  | White House Agency Liaison Casework, Case: 20150413-05390564 <br><br> NSI0003346-NSI0003359 |
| PL. 8c | 4/7/2016 |  |  |  | CFPB Complaint <br><br> NSI0003360-NSI0003362 |
| PL. 8d | 4/7/2016 |  |  |  | CFPB Complaint <br><br> NSI0003363-NSI0003364 |
| PL. 8e | 4/7/2016 |  |  |  | CFPB Complaint <br><br> NSI0003365-NSI0003369 |
| PL. 8f | 4/7/2016 |  |  |  | CFPB Complaint <br><br> NSI0003370-NSI0003377 |
| PL. 8g | 4/7/2016 |  |  |  | Privacy release form <br><br> NSI0003378-NSI0003399 |
| PL. 8h | 4/7/2016 |  |  |  | Complaint to Senator Mark Warner <br><br> NSI0003400-NSI0003416 |
| PL. 8i | 4/7/2016 |  |  |  | CFPB Complaint <br><br> NSI0003417-NSI0003419 |
| PL. 8j | 4/7/2016 |  |  |  | Correspondence from Congressman Scott to US Dept. Ed. |

|  |  |  |  |  | NSI0003420-NSI0003424 |
|---|---|---|---|---|---|
| PL. 8k | 4/7/2016 |  |  |  | CFPB Complaint NSI0003425-NSI0003428 |
| PL. 8l | 4/7/2016 |  |  |  | CFPB Complaint NSI0003429-NSI0003432 |
| PL. 8m | 4/7/2016 |  |  |  | CFPB Complaint NSI0003433-NSI0003435 |
| PL. 8n | 4/7/2016 |  |  |  | CFPB Complaint NSI0003436-NSI0003439 |
| PL. 8o | 4/7/2016 |  |  |  | CFPB Complaint NSI0003440-NSI0003448 |
| PL. 8p | 4/7/2016 |  |  |  | Navient Customer Satisfaction Interface NSI0003449-NSI0003450 |
| PL. 8q | 4/7/2016 |  |  |  | Navient Customer Satisfaction Interface NSI0003451-NSI0003452 |
| PL. 8r | 4/7/2016 |  |  |  | Correspondence from Iowa Dept of Justice NSI0003453-NSI0003456 |
| PL. 8s | 4/7/2016 |  |  |  | White House Agency Liaison Casework NSI0003457-NSI0003459 |

| | | | | | |
|---|---|---|---|---|---|
| PL. 8t | 4/7/2016 | | | | Complaint<br>NSI0003460-NSI0003463 |
| PL. 8u | 4/7/2016 | | | | CFPB Complaint<br>NSI0003464-NSI0003468 |
| PL. 8v | 4/7/2016 | | | | CFPB Complaint<br>NSI0003469-NSI0003471 |
| PL. 8w | 4/7/2016 | | | | CFPB Complaint<br>NSI0003472-NSI0003475 |
| PL. 8x | 4/7/2016 | | | | CFPB Complaint<br>NSI0003476-NSI0003480 |
| PL. 8y | 4/7/2016 | | | | CFPB Complaint<br>NSI0003481-NSI0003483 |
| PL. 8z | 4/7/2016 | | | | CFPB Complaint<br>NSI0003484-NSI0003487 |
| PL. 8aa | 4/7/2016 | | | | CFPB Complaint<br>NSI0003488-NSI0003489 |
| PL. 8bb | 4/7/2016 | | | | CFPB Complaint<br>NSI0003490-NSI0003491 |
| PL. 8cc | 4/7/2016 | | | | CFPB Complaint<br>NSI0003492-NSI0003501 |
| PL. 8dd | 4/7/2016 | | | | CFPB Complaint |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | NSI0003502-NSI0003520 |
| PL. 8ee | 4/7/2016 | | | | Consolidated Database Ledger Card |
| | | | | | NSI0003521-NSI0003529 |
| PL. 8ff | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003530-NSI0003537 |
| PL. 8gg | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003538-NSI0003540 |
| PL. 8hh | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003541-NSI0003544 |
| PL. 8ii | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003545-NSI0003548 |
| PL. 8jj | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003549-NSI0003553 |
| PL. 8kk | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003554-NSI0003560 |
| PL. 8ll | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003561-NSI0003562 |
| PL. 8mm | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003563-NSI0003565 |
| PL. 8nn | 4/7/2016 | | | | CFPB Complaint |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | NSI0003566-NSI0003568 |
| PL. 8oo | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003569-NSI0003570 |
| PL. 8pp | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003571-NSI0003574 |
| PL. 8qq | 4/7/2016 | | | | NSI0003575-NSI0003579 |
| PL. 8rr | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003580-NSI0003582 |
| PL. 8ss | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003583-NSI0003585 |
| PL. 8tt | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003586-NSI0003588 |
| PL. 8uu | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003589-NSI0003590 |
| PL. 8vv | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003591-NSI0003592 |
| PL. 8ww | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003593-NSI0003594 |
| PL. 8xx | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003595-NSI0003596 |
| PL. 8yy | 4/7/2016 | | | | CFPB Complaint |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | NSI0003597-NSI0003599 |
| PL. 8zz | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003600-NSI0003601 |
| PL. 8aaa | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003602-NSI0003603 |
| PL. 8bbb | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003604-NSI0003605 |
| PL. 8ccc | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003606-NSI0003608 |
| PL. 8ddd | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003609-NSI0003611 |
| PL. 8eee | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003612-NSI0003614 |
| PL. 8fff | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003615-NSI0003617 |
| PL. 8ggg | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003618-NSI0003620 |
| PL. 8hhh | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003621-NSI0003622 |
| PL. 8iii | 4/7/2016 | | | | CFPB Complaint |
| | | | | | NSI0003623-NSI0003626 |

| | | | | | |
|---|---|---|---|---|---|
| PL. 8jjj | 4/7/2016 | | | | Note to request NSI0003627 |
| PL. 8kkk | 4/7/2016 | | | | CFPB Complaint NSI0003628-NSI0003629 |
| PL. 8lll | 4/7/2016 | | | | CFPB Complaint NSI0003630-NSI0003634 |
| PL. 8mmm | 4/7/2016 | | | | CFPB Complaint NSI0003635-NSI0003639 |
| PL. 8nnn | 4/7/2016 | | | | CFPB Complaint NSI0003640-NSI0003641 |
| PL. 8ooo | 4/7/2016 | | | | CFPB Complaint NSI0003642-NSI0003646 |
| PL. 8ppp | 4/7/2016 | | | | CFPB Complaint NSI0003647-NSI0003650 |
| PL. 8qqq | 4/7/2016 | | | | CFPB Complaint NSI0003651-NSI0003655 |
| PL. 8rrr | 4/7/2016 | | | | CFPB Complaint NSI0003656-NSI0003657 |
| PL. 8sss | 4/7/2016 | | | | CFPB Complaint NSI0003658-NSI0003659 |
| PL. 8ttt | 4/7/2016 | | | | CFPB Complaint |

|  |  |  |  |  | NSI0003660-NSI0003661 |
|---|---|---|---|---|---|
| PL. 8uuu | 4/7/2016 |  |  |  | CFPB Complaint NSI0003662-NSI0003668 |
| PL. 8vvv | 4/7/2016 |  |  |  | CFPB Complaint NSI0003669-NSI0003671 |
| PL. 8www | 4/7/2016 |  |  |  | CFPB Complaint NSI0003672-NSI0003673 |
| PL. 8xxx | 4/7/2016 |  |  |  | CFPB Complaint NSI0003674 |
| PL. 8yyy | 4/7/2016 |  |  |  | CFPB Complaint NSI0003675-NSI0003758 |
| PL. 9 | 4/7/2016 |  |  |  | Prior Lawsuits NSI 00000255-NSI0003441 |
| PL. 10 |  |  |  |  | Dillon Depo Transcript (as needed) |
| PL. 11 |  |  |  |  | Peterson Depo Transcript (as needed) |
| PL. 12 |  |  |  |  | Campbell Depo Transcript (as needed) |
|  |  |  |  |  | Any Exhibits used by Defendants |