**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

WILLIE McCASKILL,

    Plaintiff,

v.

                      CASE NO. 8:15-CV-1559-T-33-TBM

NAVIENT SOLUTIONS, INC., STUDENT
ASSISTANCE CORPORATION, and         WITNESS LIST
NAVIENT CORPORATION,

    Defendants.
_____/

**PLAINTIFF'S TRIAL WITNESS LIST**

Plaintiff, WILLIE McCASKILL, pursuant to the Court's Second Amended Case Management Ordere [Doc. 80] entered in this case, files this Trial Witness list for identification of trial witnesses.

At this time, Plaintiff identifies the following witnesses for trial:

|    | WITNESS | (A) WILL CALL | (B) MAY CALL |
|----|---------|---------------|--------------|
| 1. | Willie McCaskill | ✓ | |
| 2. | Maretta Newsome | ✓ | |
| 3. | Kevin Campbell | ✓ | |
| 4. | Cheryl A Dillon | ✓ | |
| 5. | Christine Hampton | ✓ | |
| 6. | Patty Peterson | ✓ | |

Exhibit C

Respectfully submitted,

*/s/ Amanda J. Allen, Esq.*
William Peerce Howard, Esq.
Florida Bar Number: 103330
Amanda J. Allen, Esq.
Florida Bar Number: 0098228
The Consumer Protection Firm
210-A South MacDill Avenue
Tampa, FL  33609
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Billy@TheConsumerProtectionFirm.com
Amanda@TheConsumerProtectionFirm.com
Nancy@TheConsumerProtectionFirm.com
Counsel for Plaintiff, Willie McCaskill

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on this 5th day of April, 2016, the foregoing was served using the CM/ECF system on the following: lsimonetti@vedderprice.com, dmaye@vedderprice.com, ecfladocket@vedderprice.com

*/ s / William Peerce Howard*
Amanda J. Allen, Esq.
Florida Bar Number:  0098228