**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIE MCCASKILL,

                Plaintiff,

v.                                                                  No. 8:15-cv-01559-VMC-TBM

NAVIENT SOLUTIONS, INC., STUDENT
ASSISTANCE CORPORATION and
NAVIENT CORPORATION,

                Defendants.

**SUPPLEMENTAL PRETRIAL STATEMENT**

On April 7, 2016, the parties filed the Joint Final Pretrial Statement (the "Pretrial Statement") (Dkt. No. 108). Defendants, Navient Solutions, Inc. and Student Assistance Corporation ("Defendants") submit this Supplemental Pretrial Statement:

1.      The Pretrial Statement was submitted with "Joint Jury Instructions." However, there are several outstanding disputes regarding the jury instructions, which the parties will attempt to resolve before the Pre-Trial Conference.

2.      The Pretrial Statement did not include Defendants' exhibit list. A copy of Defendants' exhibit list is attached hereto as Exhibit A.

3.      The Pretrial Statement did not include Defendants' witness list on a separate form, which Defendants do not believe is required. Defendants' witnesses are, instead, listed on page 4 of the Pretrial Statement.

April 11, 2016

/s/ Lisa M. Simonetti
Lisa M. Simonetti (admitted *pro hac vice*)
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (424) 204-7700
Facsimile: (424) 204-7702
lsimonetti@vedderprice.com

Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2463
Facsimile: (866) 466-3140
dvanhoose@sessions-law.biz

Attorneys for Defendants NAVIENT SOLUTIONS, INC. and STUDENT ASSISTANCE CORPORATION

CHICAGO/#2831459.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 11, 2016, a true and correct copy of the foregoing

**SUPPLEMENTAL PRETRIAL STATEMENT** was filed with the Clerk of the Court by using

the CM/ECF system which will send notifications of such filing to the following:

> William Peerce Howard, Esq.
> Florida Bar #: 0103330
> Amanda J. Allen, Esquire
> Florida Bar No.: 0098228
> The Consumer Protection Firm
> 210-A South MacDill Avenue
> Tampa, FL 33609
> Telephone: (813) 500-1500
> Facsimile: (813) 435-2369
> Billy@TheConsumerProtectionFirm.com
> Amanda@TheConsumerProtectionFirm.com

/s/  Lisa M. Simonetti
Lisa M. Simonetti

CHICAGO/#2831459.1