## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

WILLIE MCCASKILL,

    Plaintiff,

v.                                                                       CASE NO.:  8:15-CV-1559-T-33-TBM

NAVIENT SOLUTIONS INC., STUDENT ASSISTANCE CORPORATION, and NAVIENT CORPORATION.

    Defendants.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** WILLIE MCCASKILL, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, WILLIE MCCASKILL, and Defendants, NAVIENT SOLUTIONS, INC., STUDENT ASSISTANCE CORPORATION, and NAVIENT CORPORATION, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 13th day of April, 2016, the foregoing was served using the CM/ECF system on the following parties: lsimonetti@vedderprice.com, dmaye@vedderprice.com, ecfladocket@vedderprice.com.

                                                */s/ Amanda J. Allen*
                                        William Peerce Howard, Esquire
                                        Florida Bar No.:  0103330
                                        Amanda J. Allen, Esquire
                                        Florida Bar No.: 0098228
                                        THE CONSUMER PROTECTION FIRM, PLLC
                                        210A South MacDill Avenue
                                        Tampa, FL 33609
                                        Telephone: (813) 500-1500
                                        Facsimile: (813) 435-2369
                                        Billy@TheConsumerProtectionFirm.com
                                        Amanda@TheConsumerProtectionFirm.com
                                        *Attorneys for Plaintiff*