**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIE MCCASKILL,

   Plaintiff,

v.                                          CASE NO.:  8:15-CV-1559-T-33-TBM

NAVIENT SOLUTIONS INC., STUDENT ASSISTANCE CORPORATION, and NAVIENT CORPORATION.

   Defendants.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**COMES NOW** the Plaintiff, WILLIE MCCASKILL, and the Defendants, NAVIENT SOLUTIONS INC., STUDENT ASSISTANCE CORPORATION, and NAVIENT CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendants, in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 2nd May, 2016.

| | |
|---|---|
| /s/William Peerce Howard | /s/Dayle M. Van Hoose |
| William Peerce Howard, Esquire | Dayle M. Van Hoose, Esquire |
| Florida Bar No.:  0103330 | Florida Bar No. 0016277 |
| THE CONSUMER PROTECTION FIRM | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. |
| 210A South MacDill Avenue | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33609 | Tampa, FL 33618 |
| Telephone: (813) 500-1500 | Telephone: (813) 890-2463 |
| Facsimile: (813) 435-2369 | Facsimile: (866) 466-3140 |
| Billy@TheConsumerProtectionFirm.com | dvanhoose@sessions-law.biz |
| Amanda@TheConsumerProtectionFirm.com | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 2nd day of May, 2016, the foregoing was served using the CM/ECF system on the following parties: lsimonetti@vedderprice.com, dmaye@vedderprice.com, ecfladocket@vedderprice.com.

*/s/William Peerce Howard*
William Peerce Howard, Esquire
Florida Bar No.:  0103330
Amanda J. Allen, Esquire
Florida Bar No.: 0098228
THE CONSUMER PROTECTION FIRM, PLLC
210A South MacDill Avenue
Tampa, FL 33609
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Billy@TheConsumerProtectionFirm.com
Amanda@TheConsumerProtectionFirm.com
*Attorneys for Plaintiff*